UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kimberly Crosson (Howes)

Plaintiff(s)

v.

Federal Bureau of Investigations +B/o Director Chris Wray, Dale Lancaster, Troy Morton, Steven Charles, any and all unknow John + Jane Does

Defendant(s)

COMPLAINT

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

Kimberly Crosson (Howes)
400 Oliver Hill Rd
Garland Me 04939
Mailing - PO Box 30 Seabrook, NH 03874

Defendant(s)'s Name, Address and Phone Number

Federal Bureau of Investigations
Washington D.C. 01061

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

Statutes + violations are that of Federal violations, plaintiff resides in the County of Rockingham NH at time of filing

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

Sex trafficked + reported by + to Chris Wray Oct 4, 2023 case #992489-BS "disappeared", Aug 8, 2023 Reported sex trafficking and produced over 240 documents pt pictures statements etc that didn't get actd upon by same Chris Wray, which was to include Names Dale Lancaster, Steven Charles, Troy Morton, Scott Nichols and more involved in trafficking myself and daughter. personal injury, Slander, assaults, burnings of my homes, disappearance of my daughter (retaliation) Human rights, disability rights, civil rights and many more rights violated by named defendants Reported and hidden by all