UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kimberly Crosson

    v.                                  Case No. 25-cv-11-SE-TSM

Federal Bureau of Investigation, Director, et al

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 30, 2025. For the reasons explained therein, Crosson's requests to change venue and for recusal (Doc. No 5) are denied; her request for records (Doc. No. 5) is denied without prejudice; her motion for exclusion and exemption of mailings and filing (Doc. No. 5) is denied as moot; and her motion to amend is denied without prejudice. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk shall enter judgment and close this case.

                                                    /s/ Samantha D. Elliott
                                                    Samantha D. Elliott
                                                    United States District Judge

Date: July 2, 2025

cc:     Kimberly Crosson, pro se